IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CASE NO. 2:10-mc-3522-MEF |
| | ) |
| CAPELL & HOWARD, P.C., | ) (WO) |
| | ) |
| Respondent. | ) |

**O R D E R**

Upon consideration of the petitioner's Unopposed Motion for Enforcement Order (Doc. #6), it is hereby

ORDERED that a status conference is set in this case for Thursday, September 9, 2010, at 10:00 a.m. by conference call arranged by counsel for the petitioner. This Court has no administrative docket. Counsel should be prepared to discuss other options, namely, staying the case for a set period of time prior to dismissal or dismissal without prejudice.

DONE this the 7th day of September 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE